**UNITED STATES BANKRUPTCY COURT**
**District of Colorado**

| | |
|---|---|
| In Re:<br><br>STEPHEN GREGORY SLATER<br><br>Debtor.<br><br>GREATCOLLECTIONS.COM, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN GREGORY SLATER,<br><br>Defendant. | Case No: 22-11778-MER<br><br>Chapter 7<br><br><br><br>Adversarial Proceeding<br>No. 22-01216-MER |

### RESPONSE TO MOTION TO DISMISS WITH PREJUDICE

Debtor and Defendant, Stephen Gregory Slater, by and through his attorney G. Damon Bruntz of the Bruntz Law Firm, LLC, hereby responds to the Motion to Dismiss with Prejudice filed by Plaintiff GreatCollections.com, LLC, and states as follows:

Defendant does not oppose the relief requested by Plaintiff.

Dated: November 10, 2023.        The Bruntz Law, LLC

*Original Signature on file*
*at the office of*
*The Bruntz Law Firm, LLC*

**/s/ G. Damon Bruntz**
G. Damon Bruntz #38580
18425 Pony Express Drive,
Suite 201A
Parker, CO 80134
720-350-4275

1

Damon.Bruntz@BruntzLaw.com
*Attorney for Debtor/Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 10, 2023, the foregoing **RESPONSE TO MOTION TO DISMISS WITH PREJUDICE** was placed in the United States mail, first class postage prepaid, to the following:

Laura C. Tiemstra, Esq.
Law Offices of Armen R. Vartian
1601 N. Sepulveda Blvd., #581
Manhattan Beach, CA 90266

David V. Wadsworth, Trustee
Wadsworth Garber Warner Conrady, P.C.
2580 West Main Street, Suite 200
Littleton, CO 80120

Jonathan Dickey, Esq.
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln St. Ste 1720

US Trustee
Byron G Rogers Federal Building
1961 Stout St, Ste 12-200
Denver, CO 80294

/s/ Sonia Ketzer
Paralegal
The Bruntz Law Firm, LLC
18425 Pony Express Drive,
Suite 201A
Parker, CO 80134
720-350-4275

2